In the Matter of MERSCORP, INC., et al., Respondents, v EDWARD P. ROMAINE et al., Appellants, et al., Defendant.

Submitted October 10, 2006; decided October 17, 2006

Motion by American Land Title Association for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

NORTHEAST WINE DEVELOPMENT, LLC, Doing Business as ALL STAR WINE & SPIRITS, Appellant, v SERVICE-UNIVERSAL DISTRIBUTORS, INC., Respondent, et al., Defendant.

Submitted October 2, 2006; decided October 17, 2006

Motion by Empire Liquor Store Association, Inc. for leave to file a brief amicus curiae on the appeal herein denied as untimely (*see* Rules of Practice of Court of Appeals [22 NYCRR] § 500.23).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BARTON, Appellant.

Submitted September 18, 2006; decided October 17, 2006

Motion by City of Rochester for an order permitting movant to file a brief and to participate in oral argument of the appeal, granted in each respect.